**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
PRESTON K. FLOOD, No. 032764
(602) 288-1610 ext. 432
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Colin Thornley, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMorgan Chase & Co, a Delaware corporation,<br><br>Defendant. | Case No.: 2:17-cv-00174-PHX-SPL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Colin Thornley ("Plaintiff") and Defendant JPMorgan Chase & Co. ("JPMC") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate to the entry of an order dismissing this action with prejudice. The Parties hereby stipulate and agree as follows:

WHEREAS, on January 19, 2017, Plaintiff filed the above-captioned action in the United States District Court for the District of Arizona against JPMC asserting violations of the Fair Labor Standards Act ("FLSA") individually and as an alleged collective action;

WHEREAS, the Parties have agreed that Plaintiff shall submit his individual claims alleged in this action to binding arbitration on a non-class and non-collective basis before the

American Arbitration Association ("AAA") in Phoenix, Arizona;

WHEREAS, on March 21, 2017, the Parties submitted a Joint Motion to Stay Action and Proceed with Binding Arbitration;

WHEREAS, on March 22, 2017, the Court issued an Order on the Joint Motion to Stay requiring the Parties to file no later than April 12, 2017, a joint memorandum explaining why a stay, rather than dismissal, is warranted;

WHEREAS, for the reasons discussed in the Court's March 22 Order, the Parties agree that all claims asserted in this action should be dismissed and not stayed;

WHEREAS, the Parties further agree that each party is to bear his or its own costs and attorneys' fees in connection with this action and this dismissal, with no award of attorneys' fees or costs by the Court to either side;

ACCORDINGLY, the Parties hereby stipulate that the above-captioned action be and hereby is dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Respectfully submitted this 6th day of April, 2017.

Dated: April 6, 2017				**PHILLIPS DAYES LAW FIRM  PC**

By: /s/ Trey Dayes
    Trey Dayes
    Sean C. Davis
    Preston K. Flood
    Attorney for Plaintiff

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Daryl S. Landy (*with permission*)
Daryl S. Landy (admitted *Pro Hac Vice*)
Attorneys for Defendant
JPMORGAN CHASE & CO.

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2017, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrant:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Elizabeth M. Townsend, Bar No. 024009
elizabeth.townsend@ogletree.com
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, AZ  85016
Tel:    +1.602.778.3719
Fax:    +1.602.778.3750

MORGAN, LEWIS & BOCKIUS LLP
Daryl S. Landy (admitted *Pro Hac Vice*)
daryl.landy@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:    +1.714.830.0700

Attorneys for Defendant
JPMorgan Chase & Co.