IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colin Thornley,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JPMorgan Chase & Co.,<br><br>　　　　　Defendant. | No. CV-17-00174-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation of Dismissal (Doc. 17). Pursuant to the parties' stipulation,

　　　　**IT IS ORDERED:**

　　　　1.　That the Stipulation of Dismissal (Doc. 17) is **granted**;

　　　　2.　That this action is **dismissed with prejudice** in its entirety;

　　　　3.　That each party shall bear its own costs and attorneys' fees; and

　　　　4.　That the Clerk of Court shall terminate this action.

Dated this 6th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　United States District Judge